Order of February 15, 2007, Withdrawn; Dismissed and Memorandum Opinion
filed March 1, 2007








 

Order
of February 15, 2007, Withdrawn; Dismissed and Memorandum Opinion filed March
1, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00765-CR

____________

 

CHRISTOPHER DWAYNE JACKSON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
351st District Court

Harris County, Texas

Trial Court Cause No. 1037145

 



 

M E M O R A N D U M   O P I N I O N

We
withdraw our order of February 15, 2007, directing appellant=s counsel to file a brief on or
before March 19, 2007.

A jury
convicted appellant of criminally negligent homicide.  The trial court
sentenced appellant on August 31, 2006, to confinement for twenty years in the
Institutional Division of the Texas Department of Criminal Justice. 








The
record reflects that on October 25, 2006, appellant=s motion for new trial was granted. 
Because the motion for new trial was granted, the appeal is now moot.  

Accordingly,
we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed March
1, 2007.

Panel consists of Justices Frost, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.2(b).